Khass v New York Presbyt. Brooklyn Methodist Hosp. (2023 NY Slip Op 00852)

Khass v New York Presbyt. Brooklyn Methodist Hosp.

2023 NY Slip Op 00852

Decided on February 15, 2023

Appellate Division, Second Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided on February 15, 2023
SUPREME COURT OF THE STATE OF NEW YORK
Appellate Division, Second Judicial Department

VALERIE BRATHWAITE NELSON, J.P.
CHERYL E. CHAMBERS
PAUL WOOTEN
WILLIAM G. FORD, JJ.

2020-07370
 (Index No. 516861/19)

[*1]Walid Khass, etc., respondent, 
v
New York Presbyterian Brooklyn Methodist Hospital, appellant, et al., defendants.

Nixon Peabody LLP, Jericho, NY (Christopher J. Porzio and Erik A. Goergen of counsel), for appellant.
Victor M. Brown, New York, NY, for respondent.

DECISION & ORDER
In an action, inter alia, for specific performance of an employment agreement and to recover damages for breach of contract, the defendant New York Presbyterian Brooklyn Methodist Hospital appeals from an order of the Supreme Court, Kings County (Kathy J. King, J.), dated August 20, 2020. The order denied that defendant's motion for leave to renew its opposition to that branch of the plaintiff's motion which was for a preliminary injunction against it, which had been determined in an order of the same court dated February 13, 2020.
ORDERED that the appeal is dismissed as academic, without costs or disbursements.
In light of our determination on a related appeal (see Khass v New York Presbyt. Brooklyn Methodist Hosp., ___ AD3d ___ [Appellate Division Docket No. 2020-02659; decided herewith]), we dismiss the appeal as academic.
BRATHWAITE NELSON, J.P., CHAMBERS, WOOTEN and FORD, JJ., concur.
ENTER:
Maria T. Fasulo
Clerk of the Court